## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA TILLISON, | : | |
| | : | CIVIL CASE NO. 1:06-CV-2004 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| CAPITOL BUS COMPANY, d/b/a | : | |
| CAPITOL TRAILWAYS, INC., | : | FILED ELECTRONICALLY |
| | : | |
| Defendant | : | |

## **<u>SUGGESTION OF BANKRUPTCY</u>**

PLEASE TAKE NOTICE that on July 22, 2008, defendant, Capitol Bus Company, d/b/a Capitol Trailways, Inc., filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Middle District of Pennsylvania, docket No. 1:08-bk-02577-MDF.

          Respectfully submitted,

          KEEFER WOOD ALLEN & RAHAL, LLP

Dated: July 23, 2008         By   s/ Donald M. Lewis III
                                   Donald M. Lewis III
                                   I.D. # PA58510
                                   210 Walnut Street, P. O. Box 11963
                                   Harrisburg, PA  17108-1963
                                   dlewis@keeferwood.com
                                   (717) 255-8038
                                   Fax No.:  (717) 255-8003

                                   Attorneys for defendant
                                   Capitol Bus Company

## **CERTIFICATE OF SERVICE**

     I, Donald M. Lewis III, Esquire, one of the attorneys for defendant Capitol Bus Company d/b/a Capitol Trailways, Inc., hereby certify that I have served the foregoing paper upon all parties this date, as follows:

>VIA ECF
>Lisa Matukaitis, Esquire
>Matukaitis Law LLC
>211 State Street, Suite 100
>Harrisburg, PA 17101
>lm@matlawllc.com

                                        KEEFER WOOD ALLEN & RAHAL, LLP

Dated: July 23, 2008                By   s/ Donald M. Lewis III
                                                  Donald M. Lewis III