IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA TILLISON,** | : | **CIVIL NO. 1:CV-06-2004** |
| **Plaintiff** | : | |
| v. | : | |
| **CAPITOL BUS COMPANY,** d/b/a Capitol Trailways, Inc., | : | |
| **Defendant** | : | |

## O R D E R

On July 23, 2008, Defendant filed a notice of advising that it filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Middle District of Pennsylvania. **IT IS THEREFORE ORDERED THAT**:

1) The captioned action is stayed.

2) Counsel shall file a joint report with the court on the status of Defendant's bankruptcy proceedings no later than February 6, 2009, or sooner if developments so warrant.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated: July 23, 2008.