IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLA TILLISON, | : | CIVIL NO: 1:CV-06-2004 |
| Plaintiff | : | |
| v. | : | |
| CAPITOL BUS COMPANY, d/b/a Capitol Trailways, Inc., | : | |
| Defendant | : | |

**JOINT REPORT ON STATUS OF DEFENDANT'S BANKRUPTCY PROCEEDING**

1. On July 23, 2008, this Court issued an Order requiring counsel to file a Joint Report with the Court on the status of Defendant's Bankruptcy proceedings no later than February 6, 2009.

2. As of February 6, 2009, Defendant, Capitol Bus Company d/b/a Capitol Trailways, Inc., remains in Chapter 11 Bankruptcy in the United States Bankruptcy Court for the Middle District of Pennsylvania.

3. While a Motion to Approve Sale has been granted in the United States Bankruptcy Court, no sale has taken place.

4.   It is most likely that upon the completion of the sale, Defendant's Chapter 11 Bankruptcy case will be converted to a Chapter 7.

5.   Cunningham & Chernicoff, P.C. is Bankruptcy counsel only to Capitol Bus Company and is not entering its appearance in this case.

Respectfully submitted,

| CUNNINGHAM & CHERNICOFF, P.C. | MATUKAITIS LAW LLC |
|---|---|
| By: /s/ Robert E. Chernicoff | By: /s/ Lisa Matukaitis |
| Robert E. Chernicoff, Esquire | Lisa Matukaitis, Esquire |
| 2320 North Second Street | 211 State Street |
| Harrisburg, PA  17110 | Suite 100 |
| Telephone: (717) 238-6570 | Harrisburg, PA  17101 |
| | Telephone: (717) 412-7759 |

Date:  February 6, 2009

F:\Home\KKNIGHT\DOCS\Capital Trailways\Carla Tillison\Joint Report.wpd