UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carla Tillison | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 1:06-cv-2004 |
| | ) | |
| Capitol Bus Company d/b/a | ) | (Judge Rambo) |
| Capital Trailways, Inc., | ) | |
| | ) | |
| Defendants. | ) | *Electronically Filed* |

## PLAINTIFF'S STATUS REPORT

COMES NOW, the Plaintiff, Carla Tillison, by and through undersigned counsel, Lisa Matukaitis of Matukaitis Law LLC and provides this Honorable Court with a Status Report as follows:

1. On July 23, 2008, Defendant filed a Suggestion of Bankruptcy indicating that it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, docket No. 1:08-bk-02577 (MDF).  (Doc. 30).

2. Undersigned counsel communicated with Defendant's bankruptcy counsel who indicated Defendant's Chapter 11 petition was converted to a Chapter 7 petition, the bankruptcy has been finalized, and the Defendant is defunct with no assets.

        Respectfully submitted,
        CARLA TILLISON
        by and through her attorneys,

        **/s/** Lisa Matukaitis_____
        Lisa Matukaitis, Esq.
        Atty. ID: 202467
        MATUKAITIS LAW LLC
        27 South 34th Street
        Camp Hill, PA  17011
        Ph:   717-412-7759
        Fax:  717-412-7764
        lm@matlawllc.com
        www.matlawllc.com

Dated:  August 5, 2011