IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLA TILLISON,** | **CIVIL NO. 1:CV-06-2004** |
| **Plaintiff** | |
| v. | |
| **CAPITOL BUS COMPANY,** d/b/a Capitol Trailways, Inc., | |
| **Defendant** | |

## O R D E R

In light of the information contained in the August 5, 2011, report from Plaintiff on the status of the bankrupt defendant in the captioned action, **IT IS HEREBY ORDERED THAT** no later than August 21, 2011, Plaintiff shall show cause why the captioned action should not be dismissed.

                                                s/Sylvia H. Rambo
                                                United States District Judge

Dated: August 8, 2011.