IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLA TILLISON,** | : | **CIVIL NO. 1:CV-06-2004** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CAPITOL BUS COMPANY,** | : | |
| **d/b/a Capitol Trailways, Inc.,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

By order dated August 8, 2011, Plaintiff was ordered to show cause by August 21, 2011, why the captioned action should not be dismissed in light of the information contained in her August 5, 2011, status report.  To date, no response has been received from Plaintiff to the show cause order.  **IT IS THEREFORE ORDERED THAT** the captioned action is dismissed and the clerk of court shall close the file.

s/Sylvia H. Rambo
United States District Judge

Dated: August 25, 2011.